IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

VONACIA JOHNSON,

      Plaintiff,                      CASE NO. 10-CV-00067

v.

SUPERIOR ASSET MANAGEMENT, INC.,

      Defendant.

## STIPULATION FOR AGREED ORDER SETTING ASIDE JUDGMENT AND DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant by and through their respective counsel of record, and in accordance with the terms of the Offer of Judgment, Defendant having timely paid the award of attorney's fees, and the Offer of Judgment providing that Defendant would have the right to pay the award and obtain a dismissal with prejudice,

Plaintiff and Defendant stipulate that the judgment entered on September 8, 2010 should be set aside, and that this matter should be dismissed with prejudice at Plaintiff's costs.

                                           /s/ Louis J. Wade
                                             Louis J. Wade  #29034
                                             605 W 47th Street, Suite 350
                                             Kansas City, Missouri  64112-1905
                                             (816) 960-7323 FAX (816) 753-9996
                                             Email: lwade@mcdowellrice.com
                                  ATTORNEYS FOR DEFENDANT

                                           /s/ J. Mark Meinhardt
                                             J. Mark Meinhardt #53501
                                             4707 College Blvd. Ste 100
                                             Leawood, KS  66211
                                             Phone: 913-451-9797
                                  ATTORNEY FOR PLAINTIFF